```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

ROBERT A. WATZKA,         Case No. 7:24-cv-06156-NSR

      Plaintiff,

-against-         **NOTICE OF MOTION**

ADAMS FAIRACRE FARMS, INC.,

      Defendant.
-----------------------------------------------------------------------X

## F.R.C.P. RULE 12(b)(6) MOTION TO DISMISS

**MEMO ENDORSED**

| | |
|---|---|
| Motion By: | Defendant, Adams Fairacre Farms, Inc. ("Defendant"), by and through its attorneys, Youngwirth Law PLLC |
| Date, Time and Place of Hearing: | To be Determined by the Court at the United States District Court, Southern District of New York, 300 Quarropas St. White Plains, NY 10601-4150, on a date and at a time designated by the Court. |
| Supporting Papers: | Attorney Declaration of Brooke D. Youngwirth, Esq., supporting exhibits, and Memorandum of Law. |
| Nature of Action: | Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101, et seq.; the Family Medical Leave Act (FMLA"), 29 U.S.C. § 2601, et seq.; and the New York State Human Rights Law ("NYSHRL"), New York State Executive Law § 290, et seq. |
| Relief Demanded: | An order pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P") 12(b)(6) dismissing the Plaintiff Robert A. Watzka's Complaint ("Plaintiff") with prejudice and on the merits for a failure to state a claim upon which relief can be granted, together with such other and further relief as the Court may deem just and proper. |
| Answering papers: | Pursuant to the Court's Order dated _____, a response to this motion must be served on January 17, 2025, Reply papers must be filed on February 4, 2025. |

Dated: Poughkeepsie, New York
      December 16, 2024

YOUNGWIRTH LAW PLLC

_____*s/Brooke Youngwirth*_____

Brooke D. Youngwirth (BDY1210)
*Attorneys for Defendant*
70 Dutchess Landing Road, Bldg K, Ste 1
Poughkeepsie, New York 12601
845-745-3019

---

In light of Plaintiff filing an Amended Complaint, the motion is denied as moot. The Clerk of Court is kindly directed to terminate the motion at ECF No. 13.
Dated: April 10, 2025
    White Plains, NY

SO ORDERED:

*[signature]*

NELSON S. ROMÁN
United States District Judge