

# YOUNGWIRTH LAW

**Brooke D. Youngwirth, Member**
**David R. Wise, Of Counsel**
Attorneys at Law

70 Dutchess Landing, Bldg K, Ste 1
Poughkeepsie, New York 12601
P 845.745.3019

**MEMO ENDORSED**

November 17, 2025

Hon. Nelson S. Roman, U.S.D.J.
United States District Court Southern District of New York
300 Quarropas Street White Plains, New York 10601

    Re: Watzka v. Adams Fairacre Farms, Inc.: Civil Action No.: 7:24-cv-6156 (NSR)(AEK)

Dear Judge Roman:

    We represent Defendant Adams Fairacre Farms, Inc. in the above-referenced matter. We write at the directive of Magistrate Judge Krause to respectfully request an adjournment of the post-discovery conference currently scheduled for February 5, 2026 (Dkt. # 39).

    On November 6, 2025, Judge Krause granted an extension of fact discovery as follows:

Fact Depositions - December 31, 2025
Further Interrogatories - January 15, 2026
Requests to Admit - January 15, 2026
Expert Reports - January 23, 2026
Rebuttal Expert Reports - February 20, 2026
 Expert Depositions - March 20, 2026
All Discovery - March 20, 2026

    In light of that extension, the parties jointly request that the post-discovery conference be adjourned to a date following the close of fact discovery, at the Court's convenience.

    We appreciate the Court's consideration of this request.

    Respectfully submitted,

    YOUNGWIRTH LAW PLLC
    */s/Brooke D. Youngwirth-Bodin*
    Brooke D. Youngwirth-Bodin, Esq.
    Counsel for Rocking Horse Ranch

Cc: ECF Counsel of Record

**In light of the extension of the discovery deadlines, the parties' request to adjourn the Feb. 5, 2026 Status Teleconf. is GRANTED and is adjourned until April 16, 2026 at 10:00 am. Counsel are directed to this Court's Order at ECF No. 24 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 40.**
Dated: November 19, 2025   SO ORDERED:
    White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025

1