USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____4/7/2026____

# Charny & Wheeler P.C.

## Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
ncharny@charnywheeler.com

Russell G. Wheeler
rwheeler@charnywheeler.com

H. Joseph Cronen
jcronen@charnywheeler.com

42 West Market Street
Rhinebeck, NY 12572
Tel: 845-876-7500
Fax: 845-876-7501

**MEMO ENDORSED**

April 7, 2026

By ECF
Hon. Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

Re:    <u>Robert A. Watzka v. Adams Fairacre Farms, Inc.</u>
       Civil Action No. 7:24-cv-06156 (NSR)(AEK)

Dear Judge Román:

We represent Plaintiff in this employment discrimination matter.  We write jointly with Defendants to request that the post-discovery conference scheduled for April 16, 2026, be adjourned.  (*See* Dkt. #41.)

Magistrate Krause has ordered that the parties meet the following deadlines (see Minute Entry of March 24, 2026 and Dkt. ## 44-45):

- Defendant's rebuttal expert reports by April 7, 2026
- Defendant to serve any affirmative expert report on the issue of Plaintiffs disability by April 7, 2026
- Fact depositions by May 1, 2026
- Plaintiff's rebuttal expert reports by May 5, 2026
- Expert depositions by May 6, 2026
- All discovery by May 7, 2026

Magistrate Krause has also scheduled a telephonic conference for May 1, 2026.

The parties have scheduled the remaining fact depositions and are thus on track to satisfy this schedule.

Under the circumstances, the parties request that the Court adjourn the upcoming conference to a date after May 7, 2026.

> In light of the discovery deadlines, the parties' request to adjourn the April 16, 2026 Status Teleconf. is GRANTED and is adjourned until May 29, 2026 at 1:00 p.m. Counsel are directed to this Court's Order at ECF No. 24 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 46.
> Dated: April 7, 2026
>       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Hon. Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
April 7, 2026
Page 2

We thank the Court for its time and attention.

Respectfully submitted:

H. Joseph Cronen

cc:    Brooke D. Youngwirth, Esq. (by ECF)