UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/28/2026
```

Watzka,

     Plaintiff,

         -against-

Adams Fairacre Farms, Inc.,

     Defendant.

--------------------------------------------------------------------------X

ORDER

24-CV-6156 (NSR)

NELSON S. ROMÁN, United States District Judge

In light of the Court's May 13, 2026 Order setting a briefing schedule for the parties' anticipated cross-motions for summary judgment, the status conference scheduled for May 29, 2026 at 1:00 p.m. is ADJOURNED sine die. The parties shall comply with the briefing schedule at ECF No. 51.

Dated: May 28, 2026

White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge